Peter J. Schulz
GRECO & TRAFICANTE

555 West Beech Street, Suite 500
San Diego, CA 92101
(619) 234-3660

**LODGED**

OCT 18 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**FILED**

2005 OCT 19 P 1:48

CLERK, U.S. DIST. COURT
E_____CALIF
BY_____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHIPPLE INDUSTRIES, INC. | CASE NUMBER: |
| | 1:05-CV-00902-REC-SMS |
| v. Plaintiff(s) | |
| OPCON AB, et al. | **SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | FILED BY FAX |

WHIPPLE INDUSTRIES, INC. , [X] Plaintiff  [ ] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes Clyde C. Greco, Jr.; Peter J. Schulz; and Jon S. Brick who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  555 West Beech Street, Suite 500
*Street Address*

San Diego, CA 92101    (619) 234-3660   (619) 234-0626   085970; 167646; 120474
*City, State, Zip Code*    *Telephone Number*    *Facsimile Number*    *State Bar Number*

as attorney of record in the place and stead of Shannon L. Spangler / Walter M. Stella
*Present Attorney*

Dated: 10/13/05

_____
*Signature of Party*
Art Whipple for WHIPPLE INDUSTRIES, INC.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: _____

_____
*Signature of Present Attorney*
Shannon L. Spangler  Walter M. Stella

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 10-12-05

_____
*Signature of New Attorney*
Clyde C. Greco, Jr.

Substitution of Attorney is hereby [ ] Approved.  [ ] Denied.

Dated: _____

_____
United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.caed.uscourts.gov.*

SUBSTITUTION OF ATTORNEY
G-01 (08/02)

**ORIGINAL**