JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT C. GEBHARDT (Bar No. 48965)
RGebhardt@jmbm.com
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Fax: (415) 398-5584

JEFFER, MANGELS, BUTLER & MARMARO LLP
JULIA J. RIDER (Bar No. 67277)
JRider@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Defendants/Appellees
OPCON AB, LYSHOLM
TECHNOLOGIES AB, OPCON, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WHIPPLE INDUSTRIES, INC., <br><br> Plaintiff/Appellant, <br><br> v. <br><br> OPCON AB; LYSHOLM TECHNOLOGIES AB; OPCON, INC. and DOES 1-25, Inclusive, <br><br> Defendants/Appellees. | CASE NO. 1:05-CV-00902-REC-SMS <br><br> **STIPULATION EXTENDING HEARING DATE FOR PLAINTIFF/APPELLANT'S MOTION TO ENTERTAIN RULE 60(B) MOTION FOR RELIEF FROM JUDGMENT; ORDER** <br><br> Old Date:    January 9, 2006 <br> Time:        1:30 p.m. <br> Courtroom:   1 <br> Judge:       Hon. Robert E. Coyle <br><br> New [Proposed] <br> Date:        January 23, 2006 <br> Time:        1:30 p.m. <br> Courtroom:   1 <br> Judge:       Hon. Robert E. Coyle |

Subject to the approval of this Court, Plaintiff/Appellant Whipple Industries, Inc. and Defendants/Appellees Opcon AB, Lysholm Technologies AB and Opcon, Inc. by and through their respective counsel of record, hereby stipulate as follows:

1  The parties agree that the hearing on Whipple Industries, Inc.'s Motion to
2  Entertain Rule 60(b) Motion for Relief from Judgment, presently set for January 9, 2006, may be
3  continued until January 23, 2006, the time and courtroom to remain the same.  This continuance
4  was requested due to the non availability of Defendants/Appellees' counsel to appear on
5  January 9, 2006.  No other continuances have been sought in this matter.
6        SO STIPULATED.
7  DATED:  December 16, 2005      GREGO & TRAFICANTE

9  By:_____/s/_____
10     JON S. BRICK
    Attorneys for Plaintiff/Appellant WHIPPLE
    INDUSTRIES, INC.

11
12 DATED:  December 16, 2005      JEFFER, MANGELS, BUTLER & MARMARO LLP

14 By:_____/s/_____
    JULIA J. RIDER
15     Attorneys for Defendants/Appellees OPCON AB,
    LYSHOLM TECHNOLOGIES AB, OPCON, INC.

17 **PROPOSED ORDER**
18  For good cause shown, IT IS HEREBY ORDERED THAT:
19  The hearing on Plaintiff/Appellant's Motion to Entertain Rule 60(b) Motion for
20 Relief from Judgment is continued from January 9, 2006 to January 23, 2006, at 1:30 p.m. in
21 Courtroom 1.
22 DATED: December 16, 2005      \_\_/s/ ROBERT E. COYLE_____
    HONORABLE ROBERT E. COYLE
23     UNITED STATES DISTRICT JUDGE

PRINTED ON RECYCLED PAPER

RCG  WPF9  SF 471972 v1 66291-0001 12/16/05   -2-   CASE NO. 1:05-CV-00902-REC-SMS STIPULATION EXTENDING HEARING DATE FOR MOTION TO ENTERTAIN RULE 60(B)